## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| *In re* | : | |
| | : | CHAPTER 11 |
| GOLDEN GROVE PECAN FARM | : | CASE NO. 10-40557 (JTL) |
| a/k/a GATEWAY ORCHARD LAND, | : | |
| | : | |
| Debtor. | : | |

_____

### NOTICE OF ENTRY OF APPEARANCE
_____

COME NOW John Flanders Kennedy and the law firm of James, Bates, Pope & Spivey, LLP, and pursuant to Federal Rule of Bankruptcy Procedure 9010(b) hereby file this their *Notice of Entry of Appearance* showing that they will be representing the interests of **SALINA NEWTON** in the above-referenced bankruptcy proceeding.  Undersigned specifically requests that all notices be sent to him, along with any notice due **SALINA NEWTON** under applicable bankruptcy rules, including, but not limited to, Federal Rule of Bankruptcy Procedure 2002.

This 15th day of September, 2011.

JAMES, BATES, POPE & SPIVEY, LLP


 s/ John Flanders Kennedy_____
JOHN FLANDERS KENNEDY
Georgia Bar No. 414830

Attorney for Salina Newton


JAMES, BATES, POPE & SPIVEY, LLP
231 Riverside Avenue, Suite 100
Post Office Box 4283
Macon, Georgia 31208-4283
Telephone:  (478) 742-4280
Facsimile:  (478) 742-8720
jkennedy@jbpslaw.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the Court's electronic filing system, which will automatically send email notification of such filing to all attorneys of record.

This 15th day of September, 2011.

JAMES, BATES, POPE & SPIVEY, LLP

 s/ John Flanders Kennedy
JOHN FLANDERS KENNEDY
Georgia Bar No. 414830

Attorney for Salina Newton

JAMES, BATES, POPE & SPIVEY, LLP
231 Riverside Avenue, Suite 100
Post Office Box 4283
Macon, Georgia 31208-4283
Telephone:   (478) 742-4280
Facsimile:   (478) 742-8720
jkennedy@jbpslaw.com